UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD L. SPEARS,

    Petitioner,

v.

Case No. 20-cv-13392
Hon. Matthew F. Leitman

JONATHAN HEMINGWAY,

    Respondent.

_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:  s/Holly A. Monda
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Flint, Michigan
July 27, 2021